No. 72–1274. STILSON ET UX. v. READER'S DIGEST ASSN., INC., ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–6167. GIORDANO, AKA GINO, ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1208. PORZUCZEK, GUARDIAN v. TOWNER ET AL. Ct. App. Cal., 1st App. Dist. Motion to dispense with printing petition granted. Certiorari denied.